No. 11–1213.  RESHARD v. LAHOOD, SECRETARY OF TRANSPORTATION.  C. A. D. C. Cir.  Certiorari denied.

No. 11–1216.  TESSLER v. CUOMO, GOVERNOR OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–1217.  DUNN v. ALBANY MEDICAL COLLEGE.  C. A. 2d Cir.  Certiorari denied.

No. 11–1245.  MICHAEL C. HOLLEN, D. D. S., P. C. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 11–1253.  YUFA v. KAPPOS, DIRECTOR, PATENT AND TRADEMARK OFFICE.  C. A. Fed. Cir.  Certiorari denied.

No. 11–1268.  SCANLON v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 11–7928.  BRIDGES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–8292.  MCGEE v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir.  Certiorari denied.

No. 11–8446.  OUTRAM v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–8579.  DEL BOSQUE v. AT&T ADVERTISING, L. P., DBA AT&T ADVERTISING & PUBLISHING.  C. A. 5th Cir.  Certiorari denied.

No. 11–8838.  NELSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–8851.  STAUNTON v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 11–9284.  HARRIS v. PBC NBADL, LLC.  C. A. 10th Cir. Certiorari denied.